# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| Keith Allen Hiney | § | Case No. 17-17515 |
| Nancy Hiney | § | |
| | § | |
| | § | |
| Debtors | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Zane L. Zielinski, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 110,615.00                  Assets Exempt: 39,062.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 1,979.68    Claims Discharged
                                              Without Payment: 1,072.50

Total Expenses of Administration: 1,270.32

---

3) Total gross receipts of $ 4,750.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 1,500.00 (see **Exhibit 2**), yielded net receipts of $ 3,250.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 1,270.32 | 1,270.32 | 1,270.32 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 2,988.45 | 3,052.18 | 3,052.18 | 1,979.68 |
| **TOTAL DISBURSEMENTS** | $ 2,988.45 | $ 4,322.50 | $ 4,322.50 | $ 3,250.00 |

　　　　4)  This case was originally filed under chapter 7 on  06/07/2017 .  The case was pending for 15 months.

　　　　5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

　　　　6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

　　　　Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

　　Dated:  08/30/2018　　　　　　By:/s/Zane L. Zielinski, Trustee
　　　　　　　　　　　　　　　　　　　　　Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 1977 VW Beetle | 1129-000 | 4,750.00 |
| **TOTAL GROSS RECEIPTS** | | **$4,750.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Keith Allen Hiney | Exemptions | 8100-002 | 1,500.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 1,500.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Zane L. Zielinski, Trustee | 2100-000 | NA | 812.50 | 812.50 | 812.50 |
| Zane L. Zielinski, Trustee | 2200-000 | NA | 9.32 | 9.32 | 9.32 |
| Associated Bank | 2600-000 | NA | 30.00 | 30.00 | 30.00 |
| American Auction Associates | 3620-000 | NA | 418.50 | 418.50 | 418.50 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 1,270.32 | $ 1,270.32 | $ 1,270.32 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Capital One Bank (Usa), N.A. | 7100-000 | 2,988.45 | 3,052.18 | 3,052.18 | 1,979.68 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 2,988.45 | $ 3,052.18 | $ 3,052.18 | $ 1,979.68 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 17-17515 | PSH | Judge: | Pamela S. Hollis | Trustee Name: | Zane L. Zielinski, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Keith Allen Hiney | | | | Date Filed (f) or Converted (c): | 06/07/2017 (f) |
| | Nancy Hiney | | | | 341(a) Meeting Date: | 07/06/2017 |
| For Period Ending: | 08/30/2018 | | | | Claims Bar Date: | 03/07/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1623 Black Street Morris Illinois | 141,083.00 | 0.00 | | 0.00 | FA |
| 2. Ford Taurus 2005 | 457.00 | 0.00 | | 0.00 | FA |
| 3. 2005 Ford Freestyle | 1,050.00 | 0.00 | | 0.00 | FA |
| 4. 1977 VW Beetle | 1,500.00 | 4,750.00 | | 4,750.00 | FA |
| 5. Personal and Household Items | 1,200.00 | 0.00 | | 0.00 | FA |
| 6. books and Pictures | 150.00 | 0.00 | | 0.00 | FA |
| 7. Misc Collectible Firearms | 2,500.00 | 0.00 | | 0.00 | FA |
| 8. Personal Jewelry | 600.00 | 0.00 | | 0.00 | FA |
| 9. Financial Plus Credit Union - Checking Account | 900.00 | 0.00 | | 0.00 | FA |
| 10. Financial Plus Credit Union - Checking | 600.00 | 0.00 | | 0.00 | FA |
| 11. Financial Plus Credit Union - Savings | 80.00 | 0.00 | | 0.00 | FA |
| 12. Financial Plus Credit Union - Savings | 95.00 | 0.00 | | 0.00 | FA |
| 13. IMRF - Debtor | Unknown | 0.00 | | 0.00 | FA |
| 14. Federal and States tax Refunds for 2016 Taxes | 962.00 | 0.00 | | 0.00 | FA |
| 15. Pension Plan with TRS | Unknown | 0.00 | | 0.00 | FA |
| INT. Void (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)        $151,177.00        $4,750.00        $4,750.00        $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

UST Form 101-7-TDR (10/1/2010) *(Page: 6)*

Initial Projected Date of Final Report (TFR):          Current Projected Date of Final Report (TFR):

Exhibit 8

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: 17-17515 | Trustee Name: Zane L. Zielinski, Trustee |
| Case Name: Keith Allen Hiney | Bank Name: Associated Bank |
| Nancy Hiney | Account Number/CD#: XXXXXX2344 |
| | Checking |
| Taxpayer ID No: XX-XXX8217 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 08/30/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/04/17 | | American Auction Associates, Inc.<br>508 West Brittany Drive<br>Arlington Heights, Illinois | Sale Proceeds | | $4,331.50 | | $4,331.50 |
| | | | Gross Receipts  $4,750.00 | | | | |
| | | American Auction Associates | ($418.50) | 3620-000 | | | |
| | 4 | | 1977 VW Beetle  $4,750.00 | 1129-000 | | | |
| 12/29/17 | 5001 | Keith Allen Hiney | Exemption | 8100-002 | | $1,500.00 | $2,831.50 |
| 01/08/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,821.50 |
| 02/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,811.50 |
| 03/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,801.50 |
| 05/04/18 | 5002 | Trustee Zane L. Zielinski<br>6336 N. Cicero Avenue<br>Suite 201<br>Chicago, Illinois 60646 | Distribution | | | $821.82 | $1,979.68 |
| | | Trustee Zane L. Zielinski | Final distribution representing a payment of 100.00 % per court order.  ($812.50) | 2100-000 | | | |
| | | Trustee Zane L. Zielinski | Final distribution representing a payment of 100.00 % per court order.  ($9.32) | 2200-000 | | | |
| 05/04/18 | 5003 | Capital One Bank (Usa), N.A.<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Final distribution to claim 1 representing a payment of 64.86 % per court order. | 7100-000 | | $1,979.68 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $4,331.50 | $4,331.50 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Page Subtotals: | $4,331.50 | $4,331.50 |

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

|  |  |  |
|---|---:|---:|
| Subtotal | $4,331.50 | $4,331.50 |
| Less: Payments to Debtors | $0.00 | $1,500.00 |
| Net | $4,331.50 | $2,831.50 |

Exhibit 9

| | | |
|---|---:|---:|
| Page Subtotals: | $0.00 | $0.00 |

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX2344 - Checking | $4,331.50 | $2,831.50 | $0.00 |
|  | $4,331.50 | $2,831.50 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $418.50 |
| Total Net Deposits: | $4,331.50 |
| Total Gross Receipts: | $4,750.00 |